20260623121810

AO 440 (Rev. 06/12) Summons in a Civil Action      **RETURN OF SERVICE**

SERVICE OF:     **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME:     Stephen H. Folcher
TITLE:     **PROCESS SERVER**

DATE:   **July 2nd, 2026**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

HERMES WILFREDO HERNANDEZ LEIVA

Place where served:

162 SULLIVAN ROAD   WESTMINSTER  MD  21157

[x] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

**Tania Hernandez**

Relationship to defendant     **Sister-in-law**

Description of Person Accepting Service:

SEX: **F**    AGE:**42**    HEIGHT: **5' 4"**    WEIGHT: **131-145**    SKIN:**Hispanic**    HAIR: **Mixed**    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____       SERVICES $_____.____       TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: __7__ / __5__ /2026       _____ L.S.

SIGNATURE OF   **Stephen H. Folcher**
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    C.K. LEE, ESQ.
PLAINTIFF:    HELBERTH CABRERA, ON BEHALF OF HIMSELF, FLSA COLLECTIVE PLAINTIFFS,
DEFENDANT:    AND THE CLASS
VENUE:    ATLANTIC INSTALLERS, LLC, ET AL
DOCKET:    DISTRICT
COMMENT:    1 26 CV 05195 ALC