USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELBERTH CABRERA,

Plaintiff,

-v-

ATLANTIC INSTALLERS, LLC and HERMES WILFREDO HERNANDEZ LEIVA,

Defendants.

**ORDER**

26-CV-5195 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated August 25, 2026, this matter was referred to the undersigned for general pretrial. ECF No. 16. The parties are directed to file a joint letter not to exceed three single-spaced pages providing a summary of the status of this matter by **September 30, 2026**.

**SO ORDERED.**

Dated: August 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge