# EXHIBIT 1

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

7-163/520

Atlantic Installers LLC
164 Sullivan Rd
Westminster, MD 21157-4654

**Payroll Check Number:** 50097
**Pay Date:** 06/27/2025

Pay to the order of: Helberth Cabrera Ortiz

This amount: SEVEN HUNDRED FORTY TWO AND 59/100 $742.59

BANK OF AMERICA,
N.A.

Hermes Hernández

⑈50097⑈ [redacted]

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

---

**ATLANTIC INSTALLERS, LLC** 01-23
162 SULLIVAN RD
WESTMINSTER, MD 21157-4654

1914

7-163/520 MD
5299

DATE 06/28/25

PAY TO THE ORDER OF Halberth Cabrera $ 861 00

Eight Hundred Sixty One DOLLARS

Photo Safe Deposit® Details on back

BANK OF AMERICA

ACH R/T 052001633

FOR Installers Work

Hermes Hernández MP

⑈001914⑈ [redacted]