USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELBERTH CABRERA,

Plaintiff,

-v-

ATLANTIC INSTALLERS, LLC and HERMES WILFREDO HERNANDEZ LEIVA,

Defendants.

**ORDER**

26-CV-5195 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 24 (the "Motion"), requesting a conference to address a discovery dispute, as well as Defendants' letter in response, ECF No. 25. Plaintiff's request for a conference is **GRANTED**. The undersigned will hold a conference via telephone on **November 19, 2026** at **2:00 p.m.** to address the Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 565 184 698#).

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 24 as **GRANTED**.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge