USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELBERTH CABRERA,

Plaintiff,

-v-

ATLANTIC INSTALLERS, LLC and HERMES WILFREDO HERNANDEZ LEIVA,

Defendants.

**ORDER**

26-CV-5195 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on November 19, 2026 to address Plaintiff's letter motion, ECF No. 24 (the "Letter Motion), regarding a discovery dispute. For the reasons stated on the record, the Letter Motion is **DENIED**.

Plaintiff's request that the Court compel a temporal scope of six years from June 19, 2020 through June 19, 2026 for the parties' ESI protocol is **DENIED**. Additionally, as the parties represented that the issue regarding designation of a 30(b)(6) witness has been resolved, Plaintiff's request that the Court compel Defendants to designate a 30(b)(6) witness is **DENIED AS MOOT**.

**SO ORDERED.**

Dated: November 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge